CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| DARYLL SHUMAKE, | ) | Civil Action No. 7:18-cv-00161 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE COMMONWEALTH OF VIRGINIA, | ) | By:   Hon. Michael F. Urbanski |
|    Defendant. | ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and the action is **STRICKEN** from the active docket.

ENTER: This 12th day of April, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge